UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| PAMELA JANE BOZMAN | ) | CASE NO. 14-32384 |
| | ) | CHAPTER 13/dlh |
| Debtor(s) | ) | |

## ORDER REMOVING TRIAL

The above-captioned case is before the court concerning Application to Abandon Real Estate as to 58563 Norway Lane and for Relief from Stay filed by Notre Dame Federal Credit Union.

The court notes that debtor's Motion to Convert to Chapter 13 has now been granted. On the court's own motion Trial on Application to Abandon Real Estate as to 58563 Norway Lane and for Relief from Stay filed by Notre Dame Federal Credit Union, scheduled for January 5, 2015, is now removed. The automatic stay shall remain in full force and effect until further order from the court.

Debtor shall file her Chapter 13 plan on or before January 20, 2015.

SO ORDERED.

Dated:   January 5, 2015                                    /s/ HARRY C. DEES, JR.
                                                            Judge, U.S. Bankruptcy Court